# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on May 7, 2012

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 13-MJ-257-01-04 |
| | : | |
| TREVOR HOPKINS, | : | VIOLATION: |
| DARNELL WALLACE, | : | 18 U.S.C. § 1951 |
| DARIUS MCKEEVER, and | : | (Conspiracy to Interfere with Interstate |
| KENNETH BENNY-DEAN, | : |  Commerce by Robbery) |
| | : | |
| Defendants. | : | |

### I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

At all times material to this Indictment Earl Super Liquor Store located at 833 Southern Avenue, S.E., Oxon Hill, MD 20745, was engaged in selling liquor manufactured outside of the District of Columbia and processing money wire transfers for Western Union which affects interstate commerce.

On or about April 4, 2013, in the District of Columbia, defendants **TREVOR HOPKINS, DARNELL WALLACE, DARIUS MCKEEVER**, and **KENNETH BENNY-DEAN**, entered into a conspiracy to unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendants, did

unlawfully conspire to take United States currency and other items of value from a liquor store, against the owner's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person, that is by threatening him with a firearm.

>(**Conspiracy to Interfere with Interstate Commerce By Robbery**, in violation of Title 18, United States Code, Section 1951)

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia