UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

TREVOR HOPKINS, *et al.*,

        *Defendants.*

Criminal Action No. 13-109 (ESH)

## ORDER

The parties appeared before the Court for a status conference on July 2, 2013.  Consistent with the status conference, it is hereby **ORDERED**:

(1) Defendant Benny-Dean's Motion for Disclosure of Other Crimes Evidence (June 23, 2013 [ECF No. 19]) is **DENIED AS MOOT**.

(2) The government's Motion for 404(b) Evidence (June 28, 2013 [ECF No. 22]) is **DENIED WITHOUT PREJUDICE**.  The government may refile a proper 404(b) motion by noon on July 8, 2013.

(3) By noon on July 8, 2013, the government must file its oppositions to the following four motions:  (a) defendant Benny-Dean's motion for disclosure of *Bruton* statements (June 14, 2013 [ECF No. 15]); (b) defendant Benny-Dean's motion for a bill of particulars (June 23, 2013 [ECF No. 20]); (c) defendant Benny-Dean's motion for severance (June 26, 2013 [ECF No. 21]); and (d) defendant McKeever's motion to suppress (June 28, 2013 [ECF No. 24]).  Replies, if any, are due on July 12, 2013.

(4) The government will produce all remaining discovery, including all *Brady* and *Giglio* materials, to defendants by July 8, 2013.

(5) If the government intends to rely on transcripts of the defendants' videotaped statements at trial, the government must produce the transcripts to defense counsel no later than August 6, 2013.

(6) A plea hearing is set for July 12, 2013, at 9:30 a.m. in Courtroom 23A.

(7) A further status conference is set for July 12, 2013, at 10:30 a.m. in Courtroom 23A.

**SO ORDERED.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date:   July 2, 2013